# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:07-CR-163-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| SHARU BEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss Bill of Indictment (Doc. No. 12). Leave of Court is hereby GRANTED for the dismissal without prejudice. The Clerk is DIRECTED to certify copies of this Order to the U.S. Probation Office and counsel.

IT IS SO ORDERED.

Signed: November 13, 2007

Frank D. Whitney
United States District Judge